# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

AB MEDICAL EQUIPMENT CORP.,
Individually and On Behalf of
All Others Similarly Situated
     v.  Plaintiff

FLEETBOSTON FINANCIAL CORPORATION,
ET AL.
          Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-10355PBS**

TO: (Name and address of Defendant)

Person Designated to Accept Service
FleetBoston Financial Corporation
100 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE February 20, 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>MARCH 15, 2004 |
| NAME OF SERVER *(PRINT)*<br>BARBARA L. BEDUGNIS | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO STEPHEN AUSTIN, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT 100 FEDERAL STREET, BOSTON, MASSACHUSETTS.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $11.00 | SERVICES $25.00 | TOTAL $36.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___MARCH 15, 2004___        *[signature]*
               Date                      Signature of Server BARBARA L. BEDUGNIS, CONSTABLE
                                         ZROSCOE, BEDUGNIS & ASSOCIATES
                                         15 COURT SQUARE, SUITE 450
                                         BOSTON, MASSACHUSETTS  02108
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.