AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

AB MEDICAL EQUIPMENT CORP.
Individually and On Behalf of
All Others Similarly Situated
V.

FLEETBOSTON FINANCIAL CORPORATION
ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10355 PBS

TO: (Name and address of Defendant)
Person Designated to Accept Service
Columbia Management Group, Inc.
One Financial Center
Boston, MA 02111-2621

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                February 20, 2004
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | MARCH 16, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BARBARA L. BEDUGNIS | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO DWANA BILLINGS, OFFICE MANAGER; IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT ONE FINANCIAL CENTER, BOSTON, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $11.00 | $25.00 | $36.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   MARCH 16, 2004
                   Date

Signature of Server
BARBARA L. BEDUGNIS, CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.