# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

AB MEDICAL EQUIPMENT CORP.,
Individually and On Behalf of
All Others Similarly Situated
V.

FLEETBOSTON FINANCIAL CORPPROATION,
ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10355PBS

TO: (Name and address of Defendant)

Person Designated to Accept Service
Columbia Wanger
227 West Monroe, Suite 3000
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE February 20, 2004

AB Medical Equipment Corp., et. al., Plaintiff(s)
vs.
FleetBoston Financial Corporation, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Columbia Wanger
Court Case No. 04-10355PBS

GILMAN & PASTOR
Ms. Janet Wallace
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

State of: IL ) ss.
County of: Cook )

Name of Server: Jason P. Bobor, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the 17th day of March, 2004, at 1:00 o'clock P M

Place of Service: at 227 West Monroe, Suite 3000, in Chicago, IL 6066

Documents Served: the undersigned served the documents described as:
**Summons; Jury Trial Demanded**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Columbia Wanger**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Kevin Kalina, CFO

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair N/A
Approx. Age 45 ; Approx. Height 5'11 ; Approx. Weight 160

x To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

3/18/04
Signature of Server (Date)

Subscribed and sworn to before me this 18th day of March, 2004

Notary Public (Commission Expires)

**APS International, Ltd.**
APS File #: 064864-0001