UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AB Medical Equipment Corp
                Plaintiff,

      v.

Fleetboston Financial Corporation, et al
                Defendants.

CIVIL ACTION
NO. 04-10355-PBS

## ORDER

**SARIS, U.S.D.J.**                                            April 15, 2004

      The Court orders that Electronic Case Filing is mandatory in this action as of May 6, 2004. For information as to how to enroll, check the Court's web site at http://www.mad.uscourts.gov/CaseInfo/CM_ECF.htm. Courtesy paper copies of all electronically filed dispositive motions and attachments shall be filed and plainly marked "courtesy copy".

                                                              /s/ Patti B. Saris
                                                              United States District Judge

Copies to: All Counsel