UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AB MEDICAL EQUIPMENT CORP., Individually and On Behalf of All Others Similarly Stated,<br><br>     Plaintiff,<br><br>v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, ET AL.,<br><br>     Defendants. | CIVIL ACTION NO.<br>04 CV 10355 (PBS) |

### LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
### OF THE COLUMBIA MANAGEMENT DEFENDANTS

Pursuant to Local Rule 7.3(A), Defendants FleetBoston Financial Corporation,[1] Columbia Management Group, Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P. and Columbia Funds Distributor, Inc. (collectively, the "Columbia Management Defendants") hereby make the following disclosures. Columbia Funds Distributor, Inc. discloses that it is a subsidiary of Columbia Management Advisors, Inc. ("CMA"). CMA and Columbia Wanger Asset Management, L.P. disclose that they are both subsidiaries of Columbia Management Group, Inc. ("CMG"). CMG, in turn, is a subsidiary of Fleet National Bank, which is a subsidiary of FleetBoston Financial Corporation, which effective April 1, 2004 merged with Bank of America Corporation.

---

[1] Effective April 1, 2004, FleetBoston Financial Corporation merged with Bank of America Corporation.

LITDOCS:546240.1

          Respectfully submitted,
          **COLUMBIA MANAGEMENT DEFENDANTS**
          By their attorneys,

*/s/ R. Scott Henderson*
R. Scott Henderson (BBO# 554821)
**Bingham McCutchen, LLP**
150 Federal Street
Boston, Massachusetts
(617) 951-8000
(617) 951-8736 (Facsimile)

Dated: May 19, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiff, David Pastor, Esq., Gilman and Pastor LLP, Stonehill Corporate Center, 999 Broadway, Suite 500, Saugus, Massachusetts, via U.S. mail on May 19, 2004.

*/s/ R. Scott Henderson*
R. Scott Henderson